**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**
www.moed.uscourts.gov

| | |
|---|---|
| D.B. minor child, by and through his next friend Tami Bennett, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )     Case No. 4:12-CV-1710 NAB |
| JUSTIN COSMA, and RICHARD CARTER, | ) ) ) ) |
| Defendants. | ) |

## AMENDED CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED** that the Defendants' Motion to Amend Case Management Order is **GRANTED**. [Doc. #22.]

The Court hereby amends the Case Management Order entered on July 25, 2013 as follows:

…

(b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **March 25, 2014**, and shall make expert witnesses available for depositions no later than **April 25, 2014**.

(c) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **June 15, 2014**, and shall make expert witnesses available for depositions no later than **July 15, 2014**.

…

(e) Requests for physical or mental examinations of parties pursuant to Rule 35, Fed.R.Civ.P., shall be made by **May 25, 2014** and shall be completed by **July 15, 2014**.

(f) The parties shall complete all discovery in this case no later than **September 15, 2014.**

…

4. This case shall be referred to alternative dispute resolution on **August 25, 2014**, and that reference shall terminate on **October 25, 2014**.

5. Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **October 25, 2014**. Opposition briefs shall be filed no later than **November 25, 2014** and any reply brief may be filed no later than **December 9, 2014**.

…

This action is set for a **JURY** trial on **March 9, 2015**, at **9:00 a.m.** This is a **three** day docket.

Dated this 12th day of March, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE