IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DB, minor child, by and through his next friend, Tami Bennett, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:12-cv-0710-NAB<br>) |
| JEFFERSON COUNTY SHERIFF'S DEPARTMENT, et al. | )<br>)<br>) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY

COMES NOW THE PLAINTIFF and notifies the court that he has provided responses to discovery to the Defendants on this 14th day of May, 2014.

Respectfully submitted,

By: */s/ Richard R. Lozano*
On behalf of Plaintiff
#44492MO
231 S. Bemiston, Ste. 800
Clayton, Missouri 63040
(314) 650-5217
(866) 401-7772 fax
rlozano@lozanolaw.com