IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DB, minor child,<br>by and through his next friend,<br>Tami Bennett<br><br>        Plaintiff<br><br>vs.<br><br>JEFFERSON COUNTY SHERIFF'S<br>DEPARTMENT et al.<br><br>        Defendants. | Cause No.:4:12-CV-01710-NAB |

## ENTRY OF APPEARANCE

COMES now Wayne T. Schoeneberg and enters his appearance on behalf of the plaintiffs herein.

By: _/s/Wayne T. Schoeneberg____
Wayne T. Schoeneberg [24048MO]
Schoeneberg Tierney LC
912 Jefferson
St. Charles, MO  63301
Tel # 636-7953373
Fax #636-724-0068
wayne.schoeneberg@gmail.com

## CERTIFICATION

I hereby certify that a copy of this document was sent to the following attorneys of record on September 8,2014 by United States mail first class postage prepaid:

Richard Lozano
Attorney for Plaintiffs
231 S. Bemiston
Ste. 800
Clayton, MO 63105

Jason Retter
Attorney for Defendants
2000 South Hanley Rd.
St. Louis, Missouri 63144



/s/Wayne T. Schoeneberg