IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DB, minor child,<br>by and through his next friend,<br>Tami Bennett,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFFERSON COUNTY SHERIFF'S<br>DEPARTMENT, et al. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:12-cv-0710-NAB<br>)<br>)<br>) |

NOTICE OF SETTLEMENT

  COMES NOW the Plaintiff and notifies this Court that this matter has been settled.

                Respectfully submitted,


                By: */s/ Richard R. Lozano*
                #44492MO
                231 S. Bemiston, Ste. 800
                Clayton, Missouri  63040
                (314) 650-5217
                (866) 401-7772 fax
                rlozano@lozanolaw.com