IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DB, minor child, by and through his next friend, Tami Bennett, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFERSON COUNTY SHERIFF'S DEPARTMENT, et al. | Case No. 4:12-cv-0710-NAB |

## MOTION TO DISMISS

COMES NOW the Plaintiff and requests leave to dismiss this case with prejudice. The Parties have agreed to a settlement and no court approval is required for this settlement per Missouri law.

Respectfully submitted,

By: */s/ Richard R. Lozano*
#44492MO
231 S. Bemiston, Ste. 800
Clayton, Missouri 63040
(314) 650-5217
(866) 401-7772 fax
rlozano@lozanolaw.com