# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DB, Minor Child, By and Through His Next Friend, Tami Bennett, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON COUNTY SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 4:12-CV-1710 NAB |

## ORDER OF DISMISSAL

On December 9, 2014, Plaintiff filed a Motion to Dismiss. [Doc. 38.] In support of the motion, Plaintiff states that the parties have settled this matter and requests that this action be dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss is **GRANTED**. [Doc. 38.]

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(2), the claims in this action are **DISMISSED with prejudice** with the parties to bear their own costs.

Dated this 10th day of December, 2014.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE